**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (JTD)<br><br>(Jointly Administered) |
| Claudia Z. Springer, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Google LLC,<br>Voizzit Technology Private Ltd.,<br>Voizzit Information Technology LLC,<br>Vinay Ravindra,<br>Rajendran Vellapalath,<br><br>Defendants. | Adv. Pro. No. 24-50233 (JTD)<br><br>(Jointly Administered)<br><br>**Re. Adv. D.I. 14, 18 & 39** |

**CHAPTER 11 TRUSTEE'S WITNESS AND EXHIBIT LIST**
**<u>FOR HEARING ON JANUARY 22, 2025 AT 10:00 A.M. (ET)</u>**

Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "<u>Trustee</u>") of the Estates of Epic! Creations, Inc.; Neuron Fuel, Inc.; and Tangible Play, Inc. (the "<u>Debtors</u>") in the above-captioned chapter 11 cases (these "<u>Chapter 11 Cases</u>") submits this witness and exhibit list in connection with the hearing scheduled for **January 22, 2025, at 10:00 a.m. (ET)**, before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware (the "<u>Hearing</u>"), at which time Defendants Voizzit Technology Private Ltd, Voizzit Information

1 The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

Technology LLC, Vinay Ravindra, and Rajendran Vellapalath (the "Voizzit Defendants"), are required to appear in person and show cause as to why the Voizzit Defendants should not be held in civil contempt of Court for their failure to comply with this Court's temporary restraining order issued on November 19, 2024 as requested by the Trustee in her *Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Courts November 19 Order* [D.I. 18] (the "Contempt Motion"). *See*, *Order to Show Cause* [Adv. D.I. 39] (the "OTSC").

**WITNESSES**

The Trustee may call the following witnesses at the hearing:

| Name | Synopsis of Anticipated Testimony |
|---|---|
| Claudia Z. Springer<br>Trustee | The Trustee will offer testimony through the *Declaration of Claudia Z. Springer in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth* she submitted at Adv. D.I. 50. (in support of the Contempt Motion). The Trustee will be physically present in the courtroom and available for cross examination and redirect, if necessary. |
| Any witness called by GLAS Trust Company LLC | |
| Any witness called by Voizzit Defendants | |

The Trustee reserves the right to supplement this witness list and to cross-examine any witness called by any other party. The Trustee also reserves the right to call any witness, including any rebuttal witness, identified in any other party's witness list.

**EXHIBITS**

The Trustee incorporates by reference any of the exhibits listed by GLAS Trust Company LLC, in its forthcoming exhibit list for the Hearing. The Trustee reserves her right to object to the entry into evidence of any exhibit. The Trustee also reserves her right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

In addition, the Trustee designates the following exhibits that may be used at the Hearing in connection with the Contempt Motion:

| Exhibit No. | Document Description | Adv. D.I. |
|---|---|---|
| 1 | *Declaration of Claudia Z. Springer in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth* | 50 |
| 2 | Email with Google's counsel dated November 20, 2024 | 50-1 |
| 3 | Email with Google's counsel dated December 6, 2024 | 50-2 |
| 4 | Email with Google's counsel dated December 9, 2024 | 50-3 |
| 5 | Email dated January 10, 2025 regarding withdrawal of Indian lawsuit and request for service of all supporting documents | 50-4 |
| 6 | Composite time and fee entries regarding failure to comply with TRO and PI (both defined below) | 50-5 |
| 7 | Order Granting Chapter 11 Trustees Motion for a Temporary Injunction (the "TRO") | 14 |
| 8 | Certificate of Service (serving the TRO) | 17 |
| 9 | Order Granting Chapter 11 Trustees Motion for Preliminary Injunction (the "PI") | 36 |

| Exhibit No. | Document Description | Adv. D.I. |
|---|---|---|
| 10 | Certificate of Service (serving the PI) | 42 |
| 11 | Certificate of Service (serving the OTSC) | 43 |
| 12 | Certificate of Service (serving the Notice of Rescheduled Hearing re: OTSC) | 48 |

Dated: January 17, 2025
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
jbarsalona@pashmanstein.com
agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
mroot@jenner.com
wwilliams@jenner.com

*Co-Counsel to the Trustee*