# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |
| Claudia Z. Springer, Chapter 11 Trustee, | Adv. Pro. No. 24-50233 (JTD) |
| Plaintiff, | |
| vs. | |
| Google, LLC,<br>Voizzit Technology Private Ltd.,<br>Voizzit Information Technology LLC,<br>Vinay Ravindra,<br>Rajendran Vellapalath, | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 22, 2025 AT 10:00 A.M. (ET)

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

**MATTERS GOING FORWARD**

1. Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order [Adv. D.I. 18, filed 11/26/2024]

    Objection Deadline: N/A.

    Responses Received: None.

    Related Documents:

    a. Chapter 11 Trustee's Motion for Entry of an Order Shortening Notice of Hearing on (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order; and (II) the Chapter Trustee's Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapalath, and Think & Learn Private Ltd. for their Continuing Failure to Comply with the Automatic Stay [Adv. D.I. 19, filed 11/26/2024]

    b. Order Shortening Notice of Hearing on (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order; and (II) the Chapter Trustee's Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapalath, and Think & Learn Private Ltd. for their Continuing Failure to Comply with the Automatic Stay [Adv. D.I. 20, filed 11/27/2024]

    c. Order to Show Cause [Adv. D.I. 39, filed 12/04/2024]

    d. Notice of Rescheduled Hearing [Adv. D.I 46, filed 01/08/2025]

    e. Declaration of Claudia Z. Springer in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth [Adv. D.I. 50]

    f. Chapter 11 Trustee's Witness and Exhibit List for Hearing on January 22, 2025 at 10:00 A.M. (ET) [Adv. D.I. 51, filed 01/17/2025]

    Status: This matter will be going forward.

-3-

| | |
|---|---|
| Dated: January 17, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Joseph C. Barsalona II*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: hjaffe@pashmanstein.com<br>          jbarsalona@pashmanstein.com<br>          agambale@pashmanstein.com<br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email: csteege@jenner.com<br>          mroot@jenner.com<br>          wwilliams@jenner.com<br><br>*Co-Counsel to the Trustee* |