# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (JTD)<br><br>(Jointly Administered) |
| Claudia Z. Springer, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Google, LLC,<br>Voizzit Technology Private Ltd.,<br>Voizzit Information Technology LLC,<br>Vinay Ravindra,<br>Rajendran Vellapalath,<br><br>Defendants. | Adv. Pro. No. 24-50233 (JTD)<br><br><br><br>**Re: Adv. D.I. 18 & 39** |

## SCHEDULING ORDER FOR ORDER TO SHOW CAUSE

The Court held a hearing on January 22, 2025 to hear evidence on the *Order to Show Cause* [Adv. D.I. 39][2] (the "Show Cause Hearing");

After consideration at the Show Cause Hearing, the Court extended certain deadlines;

**IT IS HEREBY ORDERED THAT**:

1. The Show Cause Hearing is **rescheduled** and will take place, in person, on **Wednesday, January 29, 2025 at 1:00 P.M. (ET)** (the "Rescheduled Show Cause Hearing").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the *Order to Show Cause*.

-2-

    2.    Defendants must retain Delaware local counsel by the Rescheduled Show Cause Hearing.

    3.    All parties are to appear in person at the Rescheduled Show Cause Hearing.

    4.    Defendants must file any response papers to the *Order to Show Cause* by Monday, January 27, 2025, at 5:00 P.M. (ET).

    5.    Plaintiff(s) must file any reply papers on Tuesday, January 28, 2025, at 5:00 P.M. (ET).

Dated: January 23, 2025

                                              **Judge Brendan Linehan Shannon**