## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |
| Claudia Z. Springer, Chapter 11 Trustee, | Adv. Pro. No.  24-50233 (JTD) |
| Plaintiff, |  |
| vs. |  |
| Google, LLC,<br>Voizzit Technology Private Ltd.,<br>Voizzit Information Technology LLC,<br>Vinay Ravindra,<br>Rajendran Vellapalath, |  |
| Defendants. |  |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS
## <u>SCHEDULED FOR HEARING ON JANUARY 29, 2025 AT 1:00 P.M. (ET)</u>

> **This hearing will be in person before**
> **Judge Brendan L. Shannon on the 6th Floor in Courtroom #1.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance**
> **tool (available here) or on the court's website at www.deb.uscourts.gov.**
>
> **Appearances at in-person court proceedings using Zoom are allowed only in the**
> **following circumstances: (i) a party who files a responsive pleading intends to make only**
> **a limited argument; (ii) a party who has not submitted a pleading but is interested in**
> **observing the hearing; (iii) a party who has a good faith health-related reason and has**
> **obtained permission from Judge Shannon's chambers to appear remotely, or (iv) other**
> **extenuating circumstances determined by Judge Shannon.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] **Amended items appear in bold and italicized.**

## MATTERS GOING FORWARD

1.  Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order [Adv. D.I. 18, filed 11/26/2024]

    Objection Deadline: January 27, 2025 at 5:00 p.m. (ET).

    Responses Received:

    > ***a.  [Sealed] Voizzit Information Technology LLC, Voizzit Technology Private Limited and Rajendran Vellapalath's Response to Order to Show Cause and Motion to Dismiss the Complaint [Adv. D.I. 80, filed 01/27/2025]***

    > ***b.  [Redacted] Voizzit Information Technology, LLC, Voizzit Technology Private Limited, and Rajendran Vellapalath's Response to Order to Show Cause and Motion to Dismiss the Complaint [Adv. D.I. 81, filed 01/27/2025]***

    Related Documents:

    > a.  Order Granting Chapter 11 Trustee's Motion for a Temporary Injunction [Adv. D.I. 14, filed 11/19/2024]

    > b.  Chapter 11 Trustee's Motion for Entry of an Order Shortening Notice of Hearing on (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order;  and (II) the Chapter Trustee's Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapalath, and Think & Learn Private Ltd. for their Continuing Failure to Comply with the Automatic Stay [Adv. D.I. 19, filed 11/26/2024]

    > c.  Order Shortening Notice of Hearing on (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order;  and (II) the Chapter Trustee's Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapalath, and Think & Learn Private Ltd. for their Continuing Failure to Comply with the Automatic Stay [Adv. D.I. 20, filed 11/27/2024]

    > d.  Order to Show Cause [Adv. D.I. 39, filed 12/04/2024]

    > e.  Notice of Rescheduled Hearing [Adv. D.I. 46, filed 01/08/2025]

f.  Declaration of Claudia Z. Springer in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth [Adv. D.I. 50, filed 01/17/2025]

g.  Chapter 11 Trustee's Witness and Exhibit List for Hearing on January 22, 2025 at 10:00 A.M. (ET) [Adv. D.I. 51, filed 01/17/2025]

h.  Status Report [Adv. D.I. 55, filed 01/21/2025]

i.  Certification of Counsel Submitting (I) Proposed Scheduling Order and (II) Proposed Discovery Order [Adv. D.I. 60, filed 01/22/2025].

j.  Scheduling Order for Order to Show Cause [Adv. D.I. 61, filed 01/23/2025]

k.  Order to Show Cause Expedited Discovery [Adv. D.I. 62, filed 01/23/2025]

l.  Notice of Service of Discovery [Adv. D.I. 63, filed 01/24/2025]

m.  Certificate of Service Re GLAS Trust Company LLC's discovery requests [Adv. D.I. 69, filed 01/27/2025]

n.  Voizzit Information Technology LLC, Voizzit Technology Private Limited, and Vinay Ravindra and Rajendran Vellapalth's Motion for Protective Order [Adv. D.I. 75, filed 01/27/2025]

o.  Amended Declaration of Claudia Z. Springer in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth [Adv. D.I. 76, filed 01/27/2025]

p.  Declaration of Melisa M. Root in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth [Adv. D.I. 77, filed 01/27/2025]

q.  Chapter 11 Trustee's Amended Witness and Exhibit List for Hearing on January 29, 2025 at 1:00 P.M. (ET) [Adv. D.I. 78, filed 01/27/2025]

Status:  This matter will be going forward.

2.  GLAS Trust Company LLC's Motion to Intervene [Adv. D.I. 65, filed 01/24/2025]

Objection Deadline: January 28, 2025 at 5:00 p.m. (ET).

Responses Received:

      a.    Voizzit Information Technology LLC. Voizzit Technology Private Limited and Rajendran Vellapalth's Objection to GLAS Trust Company LLC's Motion to Intervene [Adv. D.I. 74, filed 01/27/2025]

Related Documents:

      a.    GLAS Trust Company's Motion to Shorten Notice of Motion to Intervene [Adv. D.I. 66, filed 01/24/2025]

      b.    Voizzit Information Technology LLC, Voizzit Technology Private Limited and Rajendran Vellapalth's Objection to GLAS Trust Company LLC's Motion to Shorten Notice of Motion to Intervene [Adv. D.I. 72, filed 01/27/2025]

Status:  This matter will be going forward subject to the Court's determination on shortening notice.

3.      GLAS Trust Company's Motion to Shorten Notice of Motion to Intervene [Adv. D.I. 66, filed 01/24/2025]

Objection Deadline: January 28, 2025 at 5:00 p.m. (ET).

Responses Received: None.

Related Documents:

      a.    Voizzit Information Technology LLC, Voizzit Technology Private Limited and Rajendran Vellapalth's Objection to GLAS Trust Company LLC's Motion to Shorten Notice of Motion to Intervene [Adv. D.I. 72, filed 01/27/2025]

Status:  This matter will be going forward.

Dated: January 27, 2025
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  hjaffe@pashmanstein.com
       jbarsalona@pashmanstein.com
       agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email:  csteege@jenner.com
       mroot@jenner.com
       wwilliams@jenner.com

*Co-Counsel to the Trustee*