<u>Exhibit A</u>

**Root, Melissa M.**

| | |
|---|---|
| **From:** | DEBdb_ECF_Reply@deb.uscourts.gov |
| **Sent:** | Tuesday, November 19, 2024 4:19 PM |
| **To:** | dummail@deb.uscourts.gov |
| **Subject:** | Ch-11 24-11161-JTD Epic! Creations, I Temporary Restraining Order |

External Email - **Do Not Click** Links or Attachments Unless You Know They Are Safe

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from LJH entered on 11/19/2024 at 5:18 PM EST and filed on 11/19/2024

| | |
|---|---|
| **Case Name:** | Epic! Creations, Inc. |
| **Case Number:** | 24-11161-JTD |
| **Document Number:** | 307 |

**Docket Text:**
Order Granting Chapter 11 Trustees Motion for a Temporary Injunction in Adversary Case #24-50233 Signed on 11/19/2024. (LJH)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Springer v Google Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/19/2024] [FileNumber=18900199-0] [00f5fa8772c2c27cd882fd9bad83d3573598fd3660e63ed75d49c3271358ef03f5 fcf229f8a8e587b020af9b15c8d2c92f7db725c13d6d79a41e8c3f91109b22]]

**24-11161-JTD Notice will be electronically mailed to:**

Levi Akkerman on behalf of Interested Party Voizzit Information Technology LLC
lakkerman@potteranderson.com, tmistretta@potteranderson.com

Levi Akkerman on behalf of Interested Party Voizzit Technology Private Ltd.
lakkerman@potteranderson.com, tmistretta@potteranderson.com

Jason Daniel Angelo on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
JAngelo@reedsmith.com, glauer@reedsmith.com

Joseph Charles Barsalona II on behalf of Plaintiff Claudia Z. Springer, Chapter 11 Trustee
jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph Charles Barsalona II on behalf of Plaintiff Claudia Z. Springer, as the Chapter 11 Trustee to Epic! Creations, Inc., Neuron Fuel, Inc. and Tangible Play, Inc.
jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph Charles Barsalona II on behalf of Trustee Claudia Z. Springer
jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Robert S. Brady on behalf of Interested Party BYJU's Alpha, Inc.
bankfilings@ycst.com

Daniel N. Brogan on behalf of Creditor Conscious Content Media, Inc. dba Begin
dbrogan@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Linda J. Casey on behalf of U.S. Trustee U.S. Trustee
Linda.Casey@usdoj.gov

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Debra A Dandeneau on behalf of Interested Party Apple Inc.
debra.dandeneau@bakermckenzie.com

G. David Dean on behalf of Creditor Continental Casualty Company
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning Creditors
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund L.L.C.
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Gamstar (US) V Pte Ltd and Gamstar (US) VI Pte Ltd
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor HGV BL SPV, LLC
ddean@coleschotz.com,

pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor India Credit Solutions, L.P.
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown
Acquisitions L.P.
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood
Petitioning Creditors
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning
Creditors
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Shawnee 2022-1 LLC
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning
Creditors
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill Petitioning
Creditors
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor TBK Bank, SSB
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas Capital
Credit Opportunities Fund II SPV, L.L.C.
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Jamie Lynne Edmonson on behalf of Creditor Ad Hoc Group of Publishers
jedmonson@rc.com, lshaw@rc.com

Kenneth J. Enos on behalf of Creditor BYJU's Alpha, Inc.
bankfilings@ycst.com

Kenneth J. Enos on behalf of Interested Party BYJU's Alpha, Inc.
bankfilings@ycst.com

Brett D. Fallon on behalf of Defendant Stripe, Inc.
brett.fallon@faegredrinker.com, cathy.greer@faegredrinker.com

Benjamin Finestone on behalf of Interested Party Alleged Debtors, Epic! Creations Inc., Neuron Fuel, Inc., and
Tangible Play, Inc.
benjaminfinestone@quinnemanuel.com

Benjamin Finestone on behalf of Interested Party BYJU's Alpha, Inc.
benjaminfinestone@quinnemanuel.com

Alexis R. Gambale on behalf of Plaintiff Claudia Z. Springer, Chapter 11 Trustee
agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale on behalf of Plaintiff Claudia Z. Springer, as the Chapter 11 Trustee to Epic! Creations, Inc.,
Neuron Fuel, Inc. and Tangible Play, Inc.
agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale on behalf of Trustee Claudia Z. Springer
agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Paul Noble Heath on behalf of Interested Party Apple Inc.
heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Ingrassia on behalf of Creditor Google LLC
ingrassiam@whiteandwilliams.com, michael-ingrassia-
5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-
0804@ecf.pacerpro.com

Michael Ingrassia on behalf of Defendant Google LLC
ingrassiam@whiteandwilliams.com, michael-ingrassia-
5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-
0804@ecf.pacerpro.com

Henry Jon Jaffe on behalf of Plaintiff Claudia Z. Springer, Chapter 11 Trustee
hjaffe@pashmanstein.com, hjaffe@pashmanstein

Henry Jon Jaffe on behalf of Trustee Claudia Z. Springer
hjaffe@pashmanstein.com, hjaffe@pashmanstein

Laura Davis Jones on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and
collateral agent
ljones@pszjlaw.com, efile1@pszjlaw.com

Albert Kass on behalf of Claims Agent Kurtzman Carson Consultants, LLC dba Verita Global
ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Peter J Keane on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
pkeane@pszjlaw.com

Scott J. Leonhardt on behalf of Defendant Stripe, Inc.
scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt on behalf of Interested Party Stripe, Inc.
scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Kenneth Listwak on behalf of Defendant Wells Fargo Bank, National Association
kenneth.listwak@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

R. Craig Martin on behalf of Debtor Epic! Creations, Inc.
craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin on behalf of Debtor Neuron Fuel, Inc.
craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin on behalf of Debtor Tangible Play, Inc.
craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin on behalf of Interested Party Alleged Debtors, Epic! Creations Inc., Neuron Fuel, Inc., and Tangible Play, Inc.
craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

Hugh Robert McCullough on behalf of Interested Party Stripe, Inc.
hughmccullough@dwt.com, sherriparsons@dwt.com;seadocket@dwt.com

Lauren Friend McKelvey on behalf of Creditor Conscious Content Media, Inc. dba Begin
lmckelvey@reitlerlaw.com

Lauren Friend McKelvey on behalf of Debtor Epic! Creations, Inc.
lmckelvey@reitlerlaw.com

Patrick J. Nash on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
pnash@kirkland.com

Patrick J. Nash on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
pnash@kirkland.com

Shane G Ramsey on behalf of Creditor Geodis Hong Kong Limited
shane.ramsey@nelsonmullins.com

Shane G Ramsey on behalf of Creditor Geodis USA, LLC
shane.ramsey@nelsonmullins.com

Christopher M. Samis on behalf of Interested Party Voizzit Information Technology LLC

lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Christopher M. Samis on behalf of Interested Party Voizzit Technology Private Ltd.
lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Brian Schartz on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
brian.schartz@kirkland.com, brian-schartz-0999@ecf.pacerpro.com

Brian Schartz on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
bschartz@kirkland.com, brian-schartz-0999@ecf.pacerpro.com

Richard A. Stieglitz Jr. on behalf of Creditor Continental Casualty Company
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning Creditors
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund L.L.C.
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor HGV BL SPV, LLC
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor India Credit Solutions, L.P.
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown Acquisitions L.P.
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood Petitioning Creditors
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning Creditors
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Shawnee 2022-1 LLC
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning Creditors
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill Petitioning Creditors
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor TBK Bank, SSB
rstieglitz@cahill.com

Richard A. Stieglitz Jr. on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas Capital Credit Opportunities Fund II SPV, L.L.C.
rstieglitz@cahill.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

**24-11161-JTD Notice will not be electronically mailed to:**

Seth Van Aalten on behalf of Creditor Continental Casualty Company
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning Creditors
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund L.L.C.
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor HGV BL SPV, LLC
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors
Cole Schotz P.C

1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor India Credit Solutions, L.P.
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown
Acquisitions L.P.
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood
Petitioning Creditors
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning
Creditors
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Shawnee 2022-1 LLC
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning
Creditors
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill
Petitioning Creditors
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor TBK Bank, SSB
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas
Capital Credit Opportunities Fund II SPV, L.L.C.
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Continental Casualty Company
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning
Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund
L.L.C.
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor HGV BL SPV, LLC
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor India Credit Solutions, L.P.
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown Acquisitions L.P.
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood Petitioning Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Shawnee 2022-1 LLC
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill Petitioning Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor TBK Bank, SSB
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Sarah A. Carnes on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas Capital Credit Opportunities Fund II SPV, L.L.C.
Cole Schotz P.C.
1325 Avenue of the Americas

19th Floor
New York, NY 10019

Richard A. Chesley on behalf of Debtor Epic! Creations, Inc.
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606

Richard A. Chesley on behalf of Debtor Neuron Fuel, Inc.
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606

Richard A. Chesley on behalf of Debtor Tangible Play, Inc.
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606

Richard A. Chesley on behalf of Interested Party Alleged Debtors, Epic! Creations Inc., Neuron Fuel, Inc., and
Tangible Play, Inc.
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606

Bryant A. Churbuck on behalf of Creditor Continental Casualty Company
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Continental Casualty Company
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning
Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund
L.L.C.
Cole Schotz P.C.
1325 Avenue of the Americas

19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor HGV BL SPV, LLC
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning
Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor India Credit Solutions, L.P.
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown
Acquisitions L.P.
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood
Petitioning Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome
Petitioning Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Shawnee 2022-1 LLC
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning
Creditors

Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill
Petitioning Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor TBK Bank, SSB
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Bryant P. Churbuck on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas
Capital Credit Opportunities Fund II SPV, L.L.C.
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Suzanne Daigle on behalf of Interested Party Stripe, Inc.
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

Jason D. Evans on behalf of Defendant Wells Fargo Bank, National Association
Troutman Pepper Hamilton Sanders LLP
301 S. College Street
34th Floor
Charlotte, NC 28202

Benjamin I. Finestone on behalf of Trustee Claudia Z. Springer
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Sesi Garimella on behalf of Creditor Continental Casualty Company
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning
Creditors
Cahill Gordon & Reindel LLP
32 Old Slip

New York, NY 10005

Sesi Garimella on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund L.L.C.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor HGV BL SPV, LLC
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor India Credit Solutions, L.P.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown Acquisitions L.P.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor Shawnee 2022-1 LLC
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill Petitioning
Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor TBK Bank, SSB
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Sesi Garimella on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas Capital
Credit Opportunities Fund II SPV, L.L.C.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Douglas D. Herrmann on behalf of Defendant Wells Fargo Bank, National Association
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 1000
1313 N. Market Street
P.O. Box 170
Wilmington, DE 19899-1709

Daniel S. Holzman on behalf of Interested Party BYJU's Alpha, Inc.
Quinn Emanuel Urquhart, & Sullivan,
51 Madison Avenue
22nd Floor
New York, NY 10010

Richard U.S. Howell on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent
and collateral agent
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Richard U.S. Howell on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent
and collateral agent
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Sarah Kimmer on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and
collateral agent
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Susheel Kirpalani on behalf of Interested Party BYJU's Alpha, Inc.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor

New York, NY 10010

Susheel Kirpalani on behalf of Trustee Claudia Z. Springer
Quinn Emanuel Urquhart Oliver Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Joel Moss on behalf of Creditor Continental Casualty Company
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund L.L.C.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor HGV BL SPV, LLC
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor India Credit Solutions, L.P.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown Acquisitions L.P.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning Creditors

Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Shawnee 2022-1 LLC
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor TBK Bank, SSB
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Joel Moss on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas Capital Credit Opportunities Fund II SPV, L.L.C.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Patrick J. Nash, Jr. on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
Kirkland & Ellis LLP
333 West Wolf Point Plaz
Chicago, IL 60654

David A Pisciotta on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022

Colin B Rathe on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Colin B Rathe on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent and

collateral agent
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Melissa M. Root on behalf of Plaintiff Claudia Z. Springer, Chapter 11 Trustee
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

Melissa M. Root on behalf of Trustee Claudia Z. Springer
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

Ravi Subramanian Shankar on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative
agent and collateral agent
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Claudia Z. Springer
Novo Advisors
401 N. Franklin St.
Suite 4 East
Chicago, IL 60654

Claudia Z. Springer on behalf of Trustee Claudia Z. Springer
Novo Advisors
401 N. Franklin St.
Suite 4 East
Chicago, IL 60654

Pakaj Srivastava

,

Catherine L. Steege on behalf of Plaintiff Claudia Z. Springer, Chapter 11 Trustee
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456

Catherine L. Steege on behalf of Trustee Claudia Z. Springer
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456

Seth Van Aalten on behalf of Creditor Continental Casualty Company
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning Creditors
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund L.L.C.
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor HGV BL SPV, LLC
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor India Credit Solutions, L.P.
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown Acquisitions L.P.
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood Petitioning Creditors
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning Creditors
Cole Schotz, P.C.
1325 Avenue of the Americas

19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Shawnee 2022-1 LLC
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning
Creditors
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill
Petitioning Creditors
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor TBK Bank, SSB
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Seth Van Aalten on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas
Capital Credit Opportunities Fund II SPV, L.L.C.
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

James C. Vandermark on behalf of Creditor Google LLC
White and Williams LLP
1650 Market Street
Suite 1800
Philadelphia, PA 19103

Nicholas B Vislocky on behalf of Creditor GLAS Trust Company LLC, in its capacity as administrative agent
and collateral agent
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022

Nicholas B Vislocky on behalf of Debtor Epic! Creations, Inc.
Reed Smith LLP

599 Lexington Avenue
22nd Floor
New York, NY 10022

Nicholas B Vislocky on behalf of Debtor Tangible Play, Inc.
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022

William A. Williams on behalf of Trustee Claudia Z. Springer
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

Jordan Wishnew on behalf of Creditor Continental Casualty Company
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Diameter Capital Partners LP, on behalf of the Diameter Petitioning
Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Ellington CLO III, Ltd. and Ellington Special Relative Value Fund
L.L.C.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor HGV BL SPV, LLC
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor India Credit Solutions, L.P.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Midtown Acquisitions GP LLC, as general partner of Midtown
Acquisitions L.P.
Cahill Gordon & Reindel LLP
32 Old Slip

New York, NY 10005

Jordan Wishnew on behalf of Creditor Redwood Capital Management, LLC on behalf of the Redwood Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Shawnee 2022-1 LLC
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Silver Point Capital, L.P. on behalf of the Silver Point Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Stonehill Capital Management LLC, on behalf of the Stonehill Petitioning Creditors
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor TBK Bank, SSB
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Jordan Wishnew on behalf of Creditor Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas Capital Credit Opportunities Fund II SPV, L.L.C.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Anna C. Yarbrough on behalf of Defendant Wells Fargo Bank, National Association
Troutman Pepper Hamilton Sanders LLP
301 S. College Street

34th Floor
Charlotte, NC 28202

Jianjian Ye on behalf of Interested Party BYJU's Alpha, Inc.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010