# Exhibit B

## The Voizzit Defendants' Violations of the TRO

| The TRO | The Voizzit Defendants' Violations of the TRO |
|---|---|
| On or before 5:00 p.m. E.T. on November 22, 2024, Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra, and Rajendran Vellapalath (the "Voizzit Defendants") shall provide the Trustee and Google with a complete list of all accounts, assets, email extensions, projects, entity names, or other credentials relating in any way to the Google Accounts that were transferred by or to one or more of the Voizzit Defendants or individuals or entities working in concert with them from June 4, 2024 to present, and shall facilitate the transfer of any such email extensions, projects, entity names, or other credentials from the Voizzit Defendants or individuals or entities under their control and to the Trustee. (¶ 3.) | • The Voizzit Defendants did not provide any such list on November 22, 2024.<br><br>• The Voizzit Defendants provided an incomplete list on January 22, 2025. They failed to disclose whether any other assets "relating in any way to the Google Accounts" (e.g., any Google Play Store revenues, software code, electronic records, customer data, etc.) were transferred to the Voizzit Defendants—or just as importantly, *by the Voizzit Defendants to any third party*—between June 4 and November 19, 2024. |
| Until further order from this Court, and pursuant to Federal Rule of Civil Procedure 65(b), as made applicable herein by Bankruptcy Rule 7065, the Voizzit Defendants, and all persons acting in concert with any of them, are enjoined from exercising ownership over, or transferring to any party other than the Trustee, the Debtors' applications, data, project, funds, or any other | • The Voizzit Defendants filed the India lawsuit on November 20, 2024 in which they exercised ownership over the Debtors' property by seeking a declaration that they are the rightful owners of the Debtors' property and directing its return to them.<br><br>• Specifically, the Voizzit Defendants allege in the India complaint: |

| The TRO | The Voizzit Defendants' Violations of the TRO |
|---|---|
| information or property of the Estates, or from taking any action to impair in any way the applications, data, projects, funds, or any other information or property of the Estates, including but not limited to deleting any information or metadata. (¶ 4.) | <ul><li>The Trustee is "without legitimate authority over the assets and operations" of the Debtors. (India Complaint ¶ 1.)</li><li>"It is submitted that since [the Voizzit Defendants] has lost their access to the domains legitimately owned by them have now required to get a declaration, and consequential relief of permanent and mandatory and prohibitory injunction from this Hon'ble Court that [Voizzit UAAE] is the legal owner of the domain and websites www.getepic.com and www.playosmos.com." (India Complaint ¶ 12.)</li><li>"The above suit contemplates urgent interim relief against [the Trustee] who is taking up coercive actions by way of selling the assets which is the exclusive ownership of [the Voizzit Defendants]." (India Complaint ¶ 15.)</li></ul><br>• The Voizzit Defendants ask the India court to:<ul><li>"Declar[e] that the [Voizzit Defendants] have the absolute right, title and ownership over (Epic Creations INC and Tangible Play INC including but not limited to) the domains and websites www.getepic.com and www.playosmo.com." (India Complaint ¶ i.)</li><li>"Issue a Mandatory Injunction directing the [service providers] to restore the domain www.getepic.com and www.playosmo.com" to the Voizzit Defendants. (India Complaint ¶ ii.)</li><li>"Permanent Prohibitory Injunction restraining [the Trustee and the service providers] from interfering with the access of the [Voizzit Defendants] while exercising lawful right on the</li></ul> |

2

| The TRO | The Voizzit Defendants' Violations of the TRO |
|---|---|
| | domains, Apps and websites www.getepic.com and www.playosmos.com." (India Complaint ¶ iii.) |
| Defendant Voizzit Information Technology LLC is directed to transfer to the Trustee at instructions provided by the Trustee the Debtors' applications, data, project, funds, or any other information or property of the Debtors; given that any such transfer to Voizzit Information Technology LLC was void ab initio and a legal nullity, such that the technical return transfer to the Trustee maintains the status quo. (¶ 5.) | • The Voizzit Defendants did not return the $1,063,752 in known funds taken from the Apple account or account for any funds taken through the Google platform.<br><br>• The Voizzit Defendants did not return the data about usage of the Epic! Applications for the time period they were in control of the applications. |