# Exhibit C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al*.,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |

### RAJENDRAN VELLAPALATH'S RESPONSES AND OBJECTIONS TO THE TRUSTEE'S NOTICE OF DEPOSITION IN RELATION TO THE TRUSTEE'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) ENFORCING THE AUTOMATIC STAY, (II) DECLARING VIOLATIONS OF THE AUTOMATIC STAY TO BE VOID *AB INITIO*, (III) AWARDING FEES, EXPENSES, AND PUNITIVE DAMAGES, AND (IV) GRANTING RELATED RELIEF

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, as made applicable by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, Rajendran Vellapalath, through his undersigned counsel, hereby objects and responds to the Chapter 11 Trustee Claudia Z. Springer's (the "Trustee") Notice Deposition of Rajendran Vellapalath served on November 12, 2024.[2]  Mr. Vellapalath hereby expressly reserves the right to amend and supplement these responses and objections in accordance with Federal Rules 26 and 30.  In responding to this notice, Mr. Vellapalath does not waive any defenses including lack of personal jurisdiction.

Mr. Vellapalath objects to this deposition as improper for failure to provide reasonable notice pursuant to Local Rule 7030-1(b) of the Local Rules of the United States Bankruptcy Court

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] Subsequently, GLAS Trust Company LLC served a Joinder in the Trustee's Notice of Deposition. These Responses and Objections therefore also respond and object to the Joinder for the same reasons as stated herein.

for the District of Delaware.  Local Rule 7030-1(b) requires that reasonable notice be given for the taking of depositions and sets reasonable notice as "not less than seven (7) days."  This notice was served 6 days before the noticed deposition date.  As such, the notice is improper.

Dated: November 17, 2024
      Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
Levi Akkerman (No. 7015)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: csamis@potteranderson.com
      astulman@potteranderson.com
      lakkerman@potteranderson.com

*Counsel for Voizzit Information Technology LLC, Voizzit Technology Private Ltd., and Rajendran Vellapalath*