IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |
| Claudia Z. Springer, Chapter 11 Trustee, | Adv. Pro. No. 24-50233 (JTD) |
| Plaintiff, | |
| vs. | |
| Google, LLC,<br>Voizzit Technology Private Ltd.,<br>Voizzit Information Technology LLC,<br>Vinay Ravindra,<br>Rajendran Vellapalath, | |
| Defendants. | |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 29, 2025 AT 1:00 P.M. (ET)**

**This hearing will be in person before
Judge Brendan L. Shannon on the 6th Floor in Courtroom #1.**

**To attend a hearing remotely, please register using the eCourtAppearance
tool (available here) or on the court's website at www.deb.uscourts.gov.**

**Appearances at in-person court proceedings using Zoom are allowed only in the
following circumstances: (i) a party who files a responsive pleading intends to make only
a limited argument; (ii) a party who has not submitted a pleading but is interested in
observing the hearing; (iii) a party who has a good faith health-related reason and has
obtained permission from Judge Shannon's chambers to appear remotely, or (iv) other
extenuating circumstances determined by Judge Shannon.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] **Amended items appear in bold and italicized.**

**MATTERS GOING FORWARD**

1. Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order [Adv. D.I. 18, filed 11/26/2024]

    Objection Deadline: January 27, 2025 at 5:00 p.m. (ET).

    Responses Received:

    a. [Sealed] Voizzit Information Technology LLC, Voizzit Technology Private Limited and Rajendran Vellapalath's Response to Order to Show Cause and Motion to Dismiss the Complaint [Adv. D.I. 80, filed 01/27/2025]

    b. [Redacted] Voizzit Information Technology, LLC, Voizzit Technology Private Limited, and Rajendran Vellapalath's Response to Order to Show Cause and Motion to Dismiss the Complaint [Adv. D.I. 81, filed 01/27/2025]

    c. ***Trustee's Reply in Support of Chapter 11 Trustee's Request for Civil Sanctions Pursuant to the Court's Order to Show Cause [Adv. D.I. 85, filed 01/28/2025]***

    Related Documents:

    a. Order Granting Chapter 11 Trustee's Motion for a Temporary Injunction [Adv. D.I. 14, filed 11/19/2024]

    b. Chapter 11 Trustee's Motion for Entry of an Order Shortening Notice of Hearing on (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order; and (II) the Chapter Trustee's Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapalath, and Think & Learn Private Ltd. for their Continuing Failure to Comply with the Automatic Stay [Adv. D.I. 19, filed 11/26/2024]

    c. Order Shortening Notice of Hearing on (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order; and (II) the Chapter Trustee's Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapalath, and Think & Learn Private Ltd. for their Continuing Failure to Comply with the Automatic Stay [Adv. D.I. 20, filed 11/27/2024]

d. Order to Show Cause [Adv. D.I. 39, filed 12/04/2024]

e. Notice of Rescheduled Hearing [Adv. D.I. 46, filed 01/08/2025]

f. Declaration of Claudia Z. Springer in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth [Adv. D.I. 50, filed 01/17/2025]

g. Chapter 11 Trustee's Witness and Exhibit List for Hearing on January 22, 2025 at 10:00 A.M. (ET) [Adv. D.I. 51, filed 01/17/2025]

h. Status Report [Adv. D.I. 55, filed 01/21/2025]

i. Certification of Counsel Submitting (I) Proposed Scheduling Order and (II) Proposed Discovery Order [Adv. D.I. 60, filed 01/22/2025].

j. Scheduling Order for Order to Show Cause [Adv. D.I. 61, filed 01/23/2025]

k. Order to Show Cause Expedited Discovery [Adv. D.I. 62, filed 01/23/2025]

l. Notice of Service of Discovery [Adv. D.I. 63, filed 01/24/2025]

m. Certificate of Service Re GLAS Trust Company LLC's discovery requests [Adv. D.I. 69, filed 01/27/2025]

n. Voizzit Information Technology LLC, Voizzit Technology Private Limited, and Vinay Ravindra and Rajendran Vellapalth's Motion for Protective Order [Adv. D.I. 75, filed 01/27/2025]

o. Amended Declaration of Claudia Z. Springer in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth [Adv. D.I. 76, filed 01/27/2025]

p. Declaration of Melisa M. Root in Support of an Order of Contempt Against Defendants Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran Vellapalth [Adv. D.I. 77, filed 01/27/2025]

q. Chapter 11 Trustee's Amended Witness and Exhibit List for Hearing on January 29, 2025 at 1:00 P.M. (ET) [Adv. D.I. 78, filed 01/27/2025]

r. ***Voizzit Information Technology LLC, Voizzit Technology Private Ltd, Voizzit Information Technology LLC, Vinay Ravindra and Rajendran***

      ***Vellapalth's Witness and Exhibit List for Hearing on January 29, 2025 at 1:00 p.m. [Adv. D.I. 84, filed 01/28/2025]***

   s.  ***Motion for Leave to Exceed Page Limit with Respect to the Trustee's Reply in Support of Chapter 11 Trustee's Request for Civil Sanctions Pursuant to the Court's Order to Show Cause [Adv. D.I. 87, filed 01/28/2025]***

  Status:  This matter will be going forward.

2.  GLAS Trust Company LLC's Motion to Intervene [Adv. D.I. 65, filed 01/24/2025]

  Objection Deadline: January 28, 2025 at 5:00 p.m. (ET).

  Responses Received:

   a.  Voizzit Information Technology LLC. Voizzit Technology Private Limited and Rajendran Vellapalth's Objection to GLAS Trust Company LLC's Motion to Intervene [Adv. D.I. 74, filed 01/27/2025]

   b.  ***GLAS Trust Company LLC's Reply in Support of Motion to Intervene and Motion to Shorten [Adv. D.I. 83, filed 01/28/2025]***

  Related Documents:

   a.  GLAS Trust Company's Motion to Shorten Notice of Motion to Intervene [Adv. D.I. 66, filed 01/24/2025]

   b.  Voizzit Information Technology LLC, Voizzit Technology Private Limited and Rajendran Vellapalth's Objection to GLAS Trust Company LLC's Motion to Shorten Notice of Motion to Intervene [Adv. D.I. 72, filed 01/27/2025]

  Status:  This matter will be going forward subject to the Court's determination on shortening notice.

3.  GLAS Trust Company's Motion to Shorten Notice of Motion to Intervene [Adv. D.I. 66, filed 01/24/2025]

  Objection Deadline: January 28, 2025 at 5:00 p.m. (ET).

  Responses Received:

   a.  Voizzit Information Technology LLC, Voizzit Technology Private Limited and Rajendran Vellapalth's Objection to GLAS Trust Company LLC's Motion to Shorten Notice of Motion to Intervene [Adv. D.I. 72, filed 01/27/2025]

    b.    **GLAS Trust Company LLC's Reply in Support of Motion to Intervene and Motion to Shorten [*Adv. D.I. 83*, filed 01/28/2025]**

<u>Related Documents</u>: None

<u>Status</u>:  This matter will be going forward.

| | |
|---|---|
| Dated: January *28*, 2025<br>      Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br> <u>/s/ Joseph C. Barsalona II</u><br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email:  hjaffe@pashmanstein.com<br>        jbarsalona@pashmanstein.com<br>        agambale@pashmanstein.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email:  csteege@jenner.com<br>        mroot@jenner.com<br>        wwilliams@jenner.com<br><br>*Co-Counsel to the Trustee* |