**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (BLS)<br><br>(Jointly Administered) |
| Claudia Z. Springer, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Google, LLC,<br>Voizzit Technology Private Ltd.,<br>Voizzit Information Technology LLC,<br>Vinay Ravindra,<br>Rajendran Vellapalath,<br><br>Defendants. | Adv. Pro. No. 24-50233 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Adv. D.I. 18, 39, 94 & 98** |

**CERTIFICATE OF NO OBJECTION REGARDING CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING CHAPTER 11 TRUSTEE'S EMERGENCY MOTION TO HOLD THE VOIZZIT DEFENDANTS IN CONTEMPT OF COURT FOR THEIR FAILURE TO COMPLY WITH THE COURT'S NOVEMBER 19 ORDER**

The undersigned hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Certification of Counsel Regarding Order Chapter 11 Trustee's Emergency Motion to Hold the*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

1

*Voizzit Defendants in Contempt of Court for their Failure to Comply with the Court's November 19 Order* (the "Certification of Costs")[2] [Adv. D.I. 98] filed on February 6, 2025.

Pursuant to the *Order Granting Chapter 11 Trustee's Motion for a Temporary Injunction* [Adv. D.I. 94], responses to the Certification of Costs were to be filed and served no later than February 13, 2025, seven (7) days after the filing of the Certification of Costs. The undersigned further certifies that Pashman has caused a review of the Court's docket in these Chapter 11 Cases and that no answer, objection or other responsive pleading to the Certification of Costs appears thereon.

**WHEREFORE**, the Trustee respectfully requests that the Judgment Order attached as **Exhibit B** to the Certification of Costs be entered at the earliest convenience of the Court.

[*intentionally left blank*]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Certification of Costs.

|  |  |
|---|---|
| Dated: February 18, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email:  hjaffe@pashmanstein.com<br>            jbarsalona@pashmanstein.com<br>            agambale@pashmanstein.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email:  csteege@jenner.com<br>            mroot@jenner.com<br>            wwilliams@jenner.com<br><br>*Co-counsel to the Trustee* |